UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| KATHY ANNE KLEIMAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 1:13-cv-01188-TWP-MJD |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Having this day granted Defendant's Motion to Dismiss, the Court enters final judgment against Plaintiff, Kathy Ann Kleiman. Plaintiff shall take nothing by her complaint against Defendant and this action is DISMISSED.

SO ORDERED.

Dated: 06/24/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

KATHY ANNE KLEIMAN
6500 W. U.S. 52
New Palestine, IN 46163

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov